## Declaration of ShaaKira Hamm

I, ShaaKira Hamm, declare under penalty of perjury that the following statements are true and correct:

1. I work for the Drug Enforcement Administration ("DEA") as a diversion investigator in the Miami Field Division, Tampa District Office, as part of the Tactical Diversion Squad ("TDS"). I became a diversion investigator in 2017, after completing a twelve week course at the DEA Training Academy in Quantico, Virginia.

2. When I became a diversion investigator, I attended the DEA's Basic Diversion Investigator Training in Quantico, Virginia. This is a 12-week course that teaches diversion investigators the requirements of the Controlled Substances Act, 21 U.S.C. § 801, et seq., (the "CSA") with which DEA registrants must comply. The course also trains diversion investigators in the practices and techniques that the DEA uses to determine whether a registrant is complying with the CSA and its implementing regulations.

3. Since completing my initial training in 2017, I have received additional training through various advanced diversion investigator and TDS trainings.

4. I have conducted or participated in numerous investigations of pharmacies and physicians since becoming a diversion investigator.

5. Through my training and experience, I am familiar with many means by which physicians or other DEA-registered persons or entities engage in diversion.

6. Diversion occurs when controlled substances are diverted from legitimate medical or scientific use for any other purpose, most often for recreation or abuse purposes. One example of diversion is when licensed prescribers distribute controlled substances via prescriptions issued illegitimately.

7. On June 6, 2022, TDS initiated an investigation into Dr. Neelam Uppal. I provide this declaration in support of the United States' motion for a temporary restraining order and preliminary injunction.

8. Dr. Uppal is registered under DEA No. FU4348911 to prescribe controlled substances with a registered address of 1407 Gulf to Bay Blvd., Clearwater, Florida, 33755. According to licensing information maintained by the Florida Department of Health ("DOH"), Dr. Uppal has been licensed as a medical doctor in Florida, under ME59800, since 1991 and is trained in internal medicine and infectious disease. Documents attached to Dr. Uppal's medical license reveal past discipline, including an administrative fine, suspension, probation, and reprimand, for medical malpractice related to prescribing, failing to keep legible medical records justifying the course of treatment, and failing to pay fines and costs.

9. Dr. Uppal's "address of record" with DOH is 5840 Park Boulevard, Pinellas Park, Florida. However, that location appears to be vacant based on an in-person visit by law enforcement to that address.

10. On May 11, 2022, the Pinellas County Sheriff's Office received a report of potentially fraudulent prescriptions for promethazine with codeine ("promethazine-codeine") being filled at pharmacies in Pinellas, Pasco, and

Hillsborough Counties. The individual filling the prescriptions was a known drug trafficker and the prescriptions were written in the name of Dr. Uppal.

11. Promethazine-codeine is a Schedule V controlled substance. When prescribed legitimately the drug is used as an acute cough suppressant. Codeine is an opioid. However, promethazine-codeine is commonly diverted and abused, and is often an item stolen in pharmacy robberies. When used recreationally, it is often mixed with beverages or other drugs. One 16-ounce bottle of promethazine-codeine has an approximate street value of $3000.

12. On May 19 and June 6, 2022, law enforcement conducted surveillance during regular business hours at 1407 Gulf to Bay Boulevard, Clearwater, Florida, which is a location associated with Dr. Uppal's clinical practice. Nobody entered or left the practice, including Dr. Uppal.

13. Between June 15 and June 22, law enforcement electronically surveilled Dr. Uppal's clinical practice location. As with the earlier dates, Dr. Uppal did not arrive at this location.

14. E-FORCSE, the term used for the Electronic Florida Online Reporting of Controlled Substances Evaluation is a prescription drug monitoring program ("PDMP") administered in the state of Florida. Pharmacies licensed to fill prescriptions for controlled substances in Florida are required to report to the state information about each controlled substance prescription filled. Pharmacies report to E-FORCSE information such as the state, prescription number, patient, prescriber, pharmacy, drug type, and quantity for each controlled substance prescription filled.

15. E-FORCSE data may be obtained and reviewed by law enforcement. E-FORCSE data can be provided specific to an individual provider, or pharmacy, or individual; and may be evaluated based on specific time frames.

16. I reviewed the E-FORCSE data reported to the state for the period between June 15 and 22 when law enforcement observed that Dr. Uppal did not appear at her clinic. According to E-FORCSE, Dr. Uppal issued 46 controlled substance prescriptions written for 42 patients during this period, which prescriptions were filled and reported by pharmacies. These prescriptions for controlled substances included 16-ounce bottles of promethazine-codeine, oxycodone 30mg, hydromorphone 8mg, and buprenorphine.

17. By contrast, Dr. Uppal was observed at this location between June 10 and June 14 during ordinary business hours. For this period, the E-FORCSE data shows that Dr. Uppal wrote 68 controlled substance prescriptions to 59 patients. These prescriptions for controlled substances included 16-ounce bottles of promethazine-codeine, oxycodone 30mg, hydromorphone 8mg, buprenorphine, and alprazolam 1mg.

18. I further reviewed E-FORCSE to identify other trends in Dr. Uppal's controlled substance prescribing. Between January 24, 2020, and June 23, 2022, Dr. Uppal's most prescribed controlled substance was oxycodone 30mg with Dr. Uppal writing 4,617 prescriptions. She wrote 1,881 prescriptions for hydromorphone 8mg and 1,983 prescriptions for promethazine-codeine. Dr. Uppal writes combinations or cocktails of various controlled substances to her patients, including prescriptions for

alprazolam (a benzodiazepine) and oxycodone (an opioid). To one group of patients, all with the same last name and same address reported to E-FORCSE, Dr. Uppal issued monthly prescriptions for 16-ounce promethazine-codeine to multiple members of that household. Dr. Uppal also issued other prescriptions for oxycodone 30mg, alprazolam 1mg, and carisoprodol 350mg (a muscle relaxer). This combination is known as the "trinity" and is extremely dangerous because it can easily lead to an overdose or overdose death because of the drugs' effect on a person's ability to breathe. The combination of an opioid and a benzodiazepine, especially when combined with a muscle relaxer, is commonly sought after by people who abuse drugs because of the heroin-like euphoria or high that the cocktail can induce.

19.     A prescription for controlled substances may by written by hand on a prescription pad or on a printed prescription. A controlled substance prescription may also be issued electronically and delivered electronically to a pharmacy to fill. Though controlled substance prescriptions in schedules III through V may be transmitted by facsimile, schedule II controlled substance prescriptions may not be transmitted via facsimile and must be provided to a pharmacy in original paper form or transmitted electronically. Electronic prescribing is often an essential feature of telehealth medicine when controlled substances in schedule II are prescribed.

20.     Dr. Uppal does not appear to engage in any sort of telehealth services, and the prescriptions that she issues are not electronic but rather handwritten on prescription paper.

21. On June 24, 2022, law enforcement met with a confidential informant ("CI") who claimed to know a "dirty" doctor by the name of Uppal. Individuals engaged in the illegal trafficking of prescription controlled substances often refer to a prescriber who issues illegitimate prescriptions as a "dirty" doctor. The CI said that Dr. Uppal writes prescriptions based on seeing driver's licenses alone and without seeing the patients. The CI said Dr. Uppal charges $450 per prescription for oxycodone and $650 for promethazine-codeine. In the presence of law enforcement, the CI placed a phone call to Dr. Uppal, who stated that she was in the hospital but that she had brought her prescription pad with her. Later, the CI called and texted Dr. Uppal in the presence of law enforcement and provided copies of three undercover driver's licenses (via text message) depicting individuals who had never met Dr. Uppal. Dr. Uppal called the CI and invited the CI to her hospital room.

22. The CI went to Dr. Uppal's hospital room and the CI paid Dr. Uppal $3,300 in exchange for six prescriptions, two for each of the names/addresses of the driver's licenses previously texted to Dr. Uppal. Three of the prescriptions were for 62 oxycodone 30mg tablets and three were for a 16-ounce bottle of promethazine-codeine. None of the individuals depicted in the driver's licenses were present for the sale of these prescriptions. Copies of the prescriptions written by Dr. Uppal from her hospital bed are attached as **Exhibit 1** to this declaration, and a video recording of the June 24, 2022, transaction is attached as **Exhibit 2**.

23. Oxycodone 30mg is the highest strength formulation of immediate-release oxycodone, is often diverted, and has an estimated street value of between $10 and $30 per pill. Oxycodone is an opioid and a Schedule II controlled substance.

24. On June 28, 2022, law enforcement conducted another controlled purchase of oxycodone and promethazine-codeine prescriptions from Dr. Uppal using five different undercover driver's licenses that were provided to the CI and sent to Dr. Uppal via text message. The CI met with Dr. Uppal at her residence, 17715 Gulf Boulevard, Apartment 302, North Redington Beach, Florida. Dr. Uppal wrote a total of 12 prescriptions in exchange for $5,600.00 in the names/addresses of the driver's licenses previously texted to Dr. Uppal. Dr. Uppal wrote five prescriptions for between 50 and 62 oxycodone 30mg tablets, five prescriptions for 16-ounce bottles of promethazine-codeine, one prescription for suboxone, and one prescription for buprenorphine. None of the individuals depicted in the driver's licenses were present for this transaction or had previously met Dr. Uppal. Copies of the prescriptions written by Dr. Uppal from her private residence are attached as **Exhibit 3**, and the video recordings of the June 28 transaction is attached as **Exhibit 4**.

25. A copy of the text messages depicting the driver's licenses sent to Dr. Uppal is attached as **Exhibit 5**. One of the driver's licenses sent to Dr. Uppal via text message was depicted as being issued in Massachusetts.

26. All of the illegitimate prescriptions issued by Dr. Uppal, utilizing the eight undercover driver licenses (18 total controlled substance prescriptions), were filled and dispensed by local pharmacies.

27. In the videos of the June 28 transaction, Dr. Uppal is recorded saying that "There was a big supreme court case that the doctors won on opioid prescriptions. . . the Court said that if the doctor is treating medically with opioids the prosecutors can't prosecute. That's a win for a lot of doctors." This appears to be a reference to the United States Supreme Court's decision in *Ruan v. United States*, which was issued on June 27, 2022. Dr. Uppal was also recorded saying, "like ten years ago they arrested a lot of doctors just because they were writing opioids" and "that's a big case that the doctors won."

28. During the June 28 transaction, Dr. Uppal was recorded instructing the CI as to which pharmacies to go to and telling the CI that she needed a Florida address to use for the Massachusetts driver's license.

29. In addition to prescribing controlled substances based on nothing more than a driver's license, which is outside the usual course of professional medical practice and not for a legitimate medical purpose, Dr. Uppal's prescribing of suboxone and buprenorphine together with oxycodone is unusual because suboxone and buprenorphine are typically prescribed to treat opioid use disorder.

30. Surveillance of Dr. Uppal's clinic at 1407 Gulf to Bay Boulevard, Clearwater, Florida, between June 23, 2022, and June 29, 2022, revealed nobody leaving or entering the business during normal business hours, i.e., 9 a.m. and 5 p.m.

Executed on July 18, 2022.

_____

ShaaKira Hamm