# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          Case No. 8:22-cv-1622-TPB-JSS

                                                    **FILED TEMPORARILY UNDER SEAL**

NEELAM TANEJA UPPAL, M.D.,

    Defendant.

_____/

## ORDER GRANTING MOTION TO SEAL

This matter is before the Court on Plaintiff's "*Ex Parte* Motion for Leave to File Under Seal" (Doc. 2).  The Court having reviewed the motion and having found good cause for the requested relief, it is hereby

**ORDERED, ADJUDGED, AND DECREED**:

1) Plaintiff's "*Ex Parte* Motion for Leave to File Under Seal" (Doc. 2) is **GRANTED**.

2) The documents identified in the United States' motion, including the entire case file and this Order, shall remain under seal until execution of the search warrants described in the motion has taken place or until 5 p.m. on July 20, 2022, whichever comes first.

3) Assistant United States Attorney Lindsay Griffin and USAO Paralegal Specialist Kyle Beattie may retrieve sealed items to the extent necessary.

4) The United States is permitted to disclose the complaint and related filings to the extent necessary to effect service.

5) The United States shall file a notice with the Court immediately upon execution of the search warrants and service of the complaint and related filings, whereupon the Court will lift the seal.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 18th day of July, 2022.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**