UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                         Case No.: 8:22-cv-1622-TPB-JSS

NEELAM TANEJA UPPAL, M.D.,

    Defendant.
_____/

**DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION FOR A PROTECTIVE ORDER GOVERNING THE USE AND DISCLOSURE OF <u>PROTECTED HEALTH INFORMATION</u>**

    Defendant Neelam Uppal, M.D., by and through undersigned counsel, opposes the Government's Motion For A Protective Order Governing The Use And Disclosure Of Protected Health Information (Doc 46).

    Dr. Uppal believes that this entire case should be stayed now for the reasons stated in Defendant's Motion for Stay (Doc 44). Accordingly, Defendant opposes the Government's Motion for Protective Order because that motion is designed to promote the continued litigation of this case when this case should be stayed instead.

    Defendant recognizes that her Motion for Stay has not yet been ruled on and that the case has not yet been stayed. However, Defendant cannot consent to the Government's Motion for Protective Order because that motion is inconsistent with a stay of this case.

1

Dated: May 9, 2023                              Respectfully submitted,

/s/ *Kevin Darken*
TODD FOSTER
Florida Bar No.: 0325198
tfoster@tfosterlawgroup.com
KEVIN DARKEN
Florida Bar No.: 90956
kdarken@tfosterlawgroup.com
TODD FOSTER LAW GROUP
601 Bayshore Blvd. Suite 615
Tampa, FL 33606
Telephone: (813) 565-0600
*Attorneys for the Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 9th day of May, 2023 on all counsel of record via the CM/ECF electronic filing system.

*/s/ Kevin Darken*
KEVIN DARKEN