UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                            Case No.: 8:22-cv-1622-TPB-JSS

NEELAM TANEJA UPPAL, M.D.,

    Defendant.
_____/

**VOLUNTARY DISMISSAL OF NOTICE OF APPEAL AND APPEAL**

    Neelam Uppal, by and through undersigned counsel, hereby voluntarily dismisses her pro se notice of appeal (Doc 53) and the resulting appeal without prejudice pursuant to Fed.R.App.P. 1(a)(2) and Fed.R.Civ.P. 41(a)(1)(A)(i). Dr. Uppal has given undersigned counsel written authorization to file this Voluntary Dismissal.

Dated: June 12, 2023                                Respectfully submitted,

                                                          /s/ *Kevin Darken*
                                                          TODD FOSTER
                                                          Florida Bar No.: 0325198
                                                          tfoster@tfosterlawgroup.com
                                                          KEVIN DARKEN
                                                          Florida Bar No.: 90956
                                                          kdarken@tfosterlawgroup.com
                                                          TODD FOSTER LAW GROUP
                                                          601 Bayshore Blvd. Suite 615
                                                          Tampa, FL 33606
                                                          Telephone: (813) 565-0600
                                                          *Attorneys for the Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 12th day of June, 2023 on all counsel of record via the CM/ECF electronic filing system.

*/s/ Kevin Darken*
KEVIN DARKEN