UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              Case No. 8:22-cv-1622-TPB-JSS

NEELAM TANEJA UPPAL, M.D.,

    Defendant.
_____/

## JOINT STATUS REPORT

A May 26, 2023, order, Doc. 52, directs the parties to file every 90 days a joint report on the status of the criminal action against the defendant in the Sixth Judicial Circuit Court in Pinellas County. Discovery is ongoing, and no trial date is set. The state court will hear oral argument on a motion to dismiss on July 15, 2024.

    Respectfully submitted,

| | |
|---|---|
| BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General, Civil Division | ROGER HANDBERG<br>United States Attorney |
| ARUN RAO<br>Deputy Assistant Attorney General<br>Civil Division | /s/Lindsay S. Griffin<br>LINDSAY SAXE GRIFFIN<br>Assistant United States Attorney<br>Florida Bar No. 72761<br>400 North Tampa Street, Suite 3200<br>Tampa, FL 33602<br>Telephone No. (813) 274-6155<br>Facsimile No. (813) 274-6200<br>Lindsay.Griffin@usdoj.gov |
| AMANDA LISKAMM<br>Director, Consumer Protection Branch | |
| /s/Scott Dahlquist<br>SCOTT DAHLQUIST<br>THOMAS S. ROSSO | |

Trial Attorneys
Consumer Protection Branch
U.S. Department of Justice
P.O. Box 386
Washington, D.C. 20044
Scott.B.Dahlquist@usdoj.gov
Thomas.S.Rosso@usdoj.gov
Telephone No. (202) 532-4602
Facsimile No. (202) 514-8742
Attorneys for the United States

                                      TODD FOSTER LAW GROUP

                                      <u>/s/Kevin Darken</u>
                                      Todd Foster
                                      Florida Bar No. 325198
                                      tfoster@tfosterlawgroup.com
                                      Kevin J. Darken
                                      Florida Bar No. 90956
                                      kdarken@tfosterlawgroup.com
                                      601 Bayshore Boulevard, Ste. 615
                                      Tampa, Florida 33606
                                      Tel. 813-565-0600
                                      Attorneys for the Defendant